**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOHN JOSEPH KOEHLER, JR.,      :  No. 13 EM 2022
                        :
          Petitioner        :
                        :
                        :
          v.               :
                        :
                        :
HON. WEILHEIMER,            :
                        :
          Respondent   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of June, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.